IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAAD M. SOLIMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | |
| v. ) | Civil Action No. 04-1378 (GMS) |
| ) | |
| ) | |
| STANLEY TAYLOR, PAUL HOWARD, ) | |
| THOMAS CARROLL, LAWRENCE ) | |
| McGUIGAN, JAMES LUPINETTI, ) | |
| DAVID E. PIERCE, JR., JOSEPH B. ) | |
| RICHARDSON, RONALD HOSTERMAN, ) | |
| and STATE OF DELAWARE ) | |
| DEPARTMENT OF CORRECTION, ) | |
| ) | |
| Defendants. ) | |

FILED

SEP 20 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## ORDER

WHEREAS, on October 21, 2004, Saad M. Soliman ("Soliman") filed the above-captioned Civil Rights action, pursuant to 42 U.S.C. §§ 1983 and 1985;

WHEREAS, on December 14, 2004, the Delaware Department of Corrections filed a Motion to Dismiss/Summary Judgment Pursuant to Rules 12(b)(1), 12(b)(6), and 56(c) (D.I. 23);

WHEREAS, on December 14, 2004, the individually-named defendants filed a Motion to Dismiss/Summary Judgment Pursuant to Rules 12(b)(1), 12(b)(6), and 56(c) (D.I. 25);

WHEREAS, on February 8, 2005, Soliman filed an Answering Brief to the Individual Defendants' and Defendant State of Delaware Department of Correction's Motions to Dismiss/Summary Judgment Pursuant to Rules 12(b)(1), 12(b)(6), and 56(c) (D.I. 32);

WHEREAS, on February 25, 2005, Soliman filed a Motion to Supplement the Record (D.I. 35), which asserts that factual discrepancies exist between an affidavit that Soliman filed with his

answering brief and the factual averments in the brief, due to his counsel's inability to properly communicate with him;

WHEREAS, the motion further asserts that the discrepancies necessitate a supplemental Soliman affidavit;

WHEREAS, on February 28, 2005, the defendants filed a Joint Motion in Opposition to Plaintiff's Motion to Supplement the Record (D.I. 26), contending that Soliman is attempting to "get the last word" by enlarging the record outside of the briefing schedule;

WHEREAS, the defendants also contend that Soliman's motion to supplement was filed in violation of District of Delaware Local Rule 7.1.1 (1995); and

WHEREAS, after having considered the parties' submissions (D.I. 35, 36, 37), the court concludes that Soliman's motion was not filed in accordance with District of Delaware Local Rule 7.1.1, because Soliman's counsel failed to file with the court, at the time he filed the motion, a statement showing that he has "made a reasonable effort to reach agreement with the opposing attorneys on the matters set forth in the motion;"[1]

---

[1] District of Delaware Local Rule 7.1.1 (1995).

IT IS HEREBY ORDERED that:

1. The plaintiff's Motion to Supplement the record (D.I. 35) is DENIED without prejudice.

2. The defendants' Joint Motion in Opposition to Plaintiff's Motion to Supplement the Record (D.I. 26) is DENIED as moot.

Dated: September 20, 2005

_____
UNITED STATES DISTRICT JUDGE