IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SAAD M. SOLIMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-1378 |
| (GMS) | ) | |
| STANLEY TAYLOR; PAUL HOWARD; | ) | |
| THOMAS CARROLL; LAWRENCE | ) | JURY TRIAL DEMANDED |
| McGUIGAN; JAMES LUPINETTI; DAVID E. | ) | |
| PIERCE, Jr.; JOSEPH B. RICHARDSON; | ) | |
| RONALD HOSTERMAN; <u>CERTAIN</u> | ) | |
| <u>UNKNOWN INDIVIDUAL EMPLOYEES OF</u> | ) | |
| <u>THE DELAWARE DEPARTMENT</u> | ) | |
| <u>OF CORRECTION;</u> and STATE OF | ) | |
| DELAWARE DEPARTMENT OF | ) | |
| CORRECTION, | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

Upon consideration of the Plaintiff's Motion to Amend the Answering Brief dated February 8, 2005, IT IS HEREBY ORDERED that:

Plaintiff's counsel may file the "Amended Plaintiff's Answering Brief to Individual Defendants' *and* Defendant State of Delaware Department of Correction's Motion to Dismiss/Summary Judgment Pursuant to Rules 12(b)(1), 12(b)(6) And 56(c)".



_____
The Honorable Gregory M. Sleet