IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAAD M. SOLIMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 04-1378 (GMS) |
| ) | |
| STANLEY TAYLOR; PAUL HOWARD; ) | |
| THOMAS CARROLL; LAWRENCE ) | JURY TRIAL DEMANDED |
| McGUIGAN; JAMES LUPINETTI; DAVID E. ) | |
| PIERCE, Jr.; JOSEPH B.RICHARDSON; ) | |
| RONALD HOSTERMAN; CERTAIN ) | |
| UNKNOWN INDIVIDUAL EMPLOYEES OF ) | |
| THE DELAWARE DEPARTMENT ) | |
| OF CORRECTION; and STATE OF ) | |
| DELAWARE DEPARTMENT OF ) | |
| CORRECTION, ) | |
| ) | |
| Defendants. ) | |

**STIPULATION TO SUPPLEMENT RECORD
WITH AFFIDAVIT OF SAAD M. SOLIMAN**

The parties, by and through their undersigned attorneys, hereby stipulate and agree to Plaintiff's supplementation of the record with the Affidavit of Saad Soliman of February 18, 2005.[1] (Attached hereto as Ex. A)

| | |
|---|---|
| MARGOLIS EDELSTEIN | THE LAW OFFICE OF HERBERT G. FEUERHAKE |
| /s/ [signature] | /s/ Herbert G. Feuerhake |
| Jeffrey K. Martin, Esquire (ID #2407) | Herbert G. Feuerhake, Esquire (ID #2590) |
| Timothy J. Wilson, Esquire (ID #4323) | 521 West Street |
| 1509 Gilpin Avenue | Wilmington, DE 19801 |
| Wilmington, DE 19806 | (302) 658-6101 |
| (302) 777-4680 | Attorney for Plaintiff |
| Attorney for Plaintiff | |
| Dated: September 26, 2005 | Dated: September 26, 2005 |

---

[1] The original Affidavit was filed with Plaintiff's Motion to Supplement the Record on February 25, 2005 and is therefore in the Court's possession.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE


/S/ Aaron R. Goldstein
_____
Aaron R. Goldstein, DAG (ID #3735)
Carvel State Office Building, 6th Floor
820 North French Street
Wilmington, DE  19801
Attorney for Defendants

Dated:  September 26, 2005


**SO ORDERED this** \_\_\_\_ **day of** _____, 200\_\_\_.

                              _____
                                          J.