IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SAAD M. SOLIMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-1378 (GMS) |
| | ) | |
| STANLEY TAYLOR; PAUL HOWARD; THOMAS CARROLL; LAWRENCE McGUIGAN; JAMES LUPINETTI; DAVID E. PIERCE, Jr.; JOSEPH B. RICHARDSON; RONALD HOSTERMAN; CERTAIN UNKNOWN INDIVIDUAL EMPLOYEES OF THE DELAWARE DEPARTMENT OF CORRECTION; and STATE OF DELAWARE DEPARTMENT OF CORRECTION, | ) ) ) ) ) ) ) ) ) ) | JURY TRIAL DEMANDED |
| Defendants. | ) | |

## AFFIDAVIT OF SAAD SOLIMAN

I, Saad Soliman, being duly sworn according to law, hereby depose and say as follows:

1. I am the Plaintiff in the above-captioned matter.

2. I have reviewed the Amended Complaint and Plaintiff's Answering Brief. All of the averments in the Amended Complaint and the Statement of Facts in the Answering Brief are true and accurate to the best of my knowledge.

3. I have read the Affidavit of Corporal Lise Merson which was submitted in support of Individual State Defendants' Opening Brief in Support of Their Motion to Dismiss/Summary Judgment Pursuant to Rules 12(b)(1), 12(b)(6), and 56(c).

4. Contrary to Corporal Merson's statement, I filed many more grievances during 2004 than the grievances that she identified in her statement. In fact, I filed thirteen grievances during that year.

5. The grievances that she failed to mention were grievances that were filed while I was housed in "The Hole" and in maximum security.

1

6. The grievances that I filed while in "The Hole" and maximum security were in reference to:

(1) the beating that I suffered on May 12, 2004;
(2) being put in "The Hole" for a violation that I did not commit;
(3) not being given a hearing within fifteen days of being placed in "The Hole";
(4) violations of my right to free speech;
(5) violations of my right to freedom of religion;
(6) racial discrimination;
(7) religious discrimination;
(8) being removed from my job at DelDOT;
(9) not being given my Commutation of Sentence Hearing;
(10) being denied rehabilitation programs; and
(11) being denied medical care

7. While housed in "The Hole" and in maximum security, the extent to which I was able to personally file these grievances was to simply hand them to my corrections officer.

8. All of the above mentioned grievances were not addressed by DOC, DCC or anybody.

_____
Saad Soliman

SWORN TO AND SUBSCRIBED before
this 7th day of February, 2005
_____

JEFFREY K. MARTIN, ESQ.
NOTARY PUBLIC
DELAWARE ATTORNEY
ID #2407
DELAWARE ATTORNEY AT LAW

2