**FORM   #584**

**GRIEVANCE FORM**

FACILITY:_____          DATE:_____

GRIEVANT'S NAME:_____          SBI#: _____

CASE#:_____          TIME OF INCIDENT:_____

HOUSING UNIT:_____

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

ACTION REQUESTED BY GRIEVANT:_____

_____

_____

_____

_____

GRIEVANT'S  SIGNATURE:_____          DATE:_____

WAS AN INFORMAL RESOLUTION ACCEPTED?          _____(YES)    _____(NO)

(COMPLETE  ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____          DATE:_____

IF UNRESOLVED, YOU ARE  ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
     GRIEVANT

April '97 REV

## Instructions for Submitting a Regular Grievance

Inmates are required, per DOC Procedure 4.4 [Inmate Grievance Procedure] to attempt to resolve complaints prior to filing a regular grievance. Grievances are to be submitted within seven(7) days from the date of the occurance or incident or within seven days after the inmate became aware of the incident. The grievance is to be placed in the grievance box located in each housing unit.

Only one issue per grievance form will be addressed. If the grievance is submitted on a weekend or a holiday, it will be recieved during the next working day.

---

### Return of Unprocessed Grievance

Intake Action: This Grievance Form is being returned to the inmate under the provisions outlined in DOC Procedure 4.4 "Inmate Grievance Procedure" for the following reason(s):

_____**Vulgar/Abusive or Threatening Language.** The language that is unacceptable has been highlighted. The grievance may be resubmitted omitting this language.

_____**Non-Grievable.** This issue has been defined as non-grievable in accordance with DOC Policy 4.4. These procedures have their own appeal process that must be followed. _____Disciplinary Action    _____Parole Decision _____Classification Action

_____**Request.** Requests are not processed through the grievance procedure. Please correspond with the appropriate office to secure the information that is requested.

_____**Duplicate Grievance(s).** This issue has been addressed previously in Grievance # _____ .

_____**Original Grievances must be submitted to the Inmate Grievance Chairperson.** Photocopies are not accepted.

_____**Inquiry on behalf of other inmates.** Inmates cannot submit grievances for other inmates.

_____**Expired filing period.** Grievance exceeds seven(7) days from date of occurrence.

_____
Inmate Grievance Chairperson

_____
Date

Form#: 584 (F&B)
(Reverse Revised July '99)