FORM #584

## GRIEVANCE FORM

*Ron Hosterman FYI 10/25/04*

FACILITY: D.C.C.          DATE: 9-17-04

GRIEVANT'S NAME: Saad M. Soliman          SBI#: 271873

CASE#: 7677          TIME OF INCIDENT: 14:30

HOUSING UNIT: 19-D-L-6

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

I have been in the SHU since 5-12-04 and was classified in absentia to SHU/MAX status on 5-21-04 and according to that paperwork I am scheduled to be classified 8/04. That date has come and gone and I have yet to be classified. I have received no notification indicating any dates upcoming or past that involve my classification.

ACTION REQUESTED BY GRIEVANT: I request that I be classified in an appropriate manner congruent with treatment guidelines outlined to me on all paperwork I have received.

GRIEVANT'S SIGNATURE: [signature]          DATE: 9/17/04

WAS AN INFORMAL RESOLUTION ACCEPTED?   ___(YES)   ___(NO)

**RECEIVED**
SEP 21 2004
Inmate Grievance Office

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____          DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

JEFF MARTIN, Attorney @ MARGOLIS EDELSTEIN Tel. 302.777-4680

April '97 REV

B-0001

## Instructions for Submitting a Regular Grievance

Inmates are required, per DOC Procedure 4.4 [Inmate Grievance Procedure] to attempt to resolve complaints prior to filing a regular grievance. Grievances are to be submitted within seven(7) days from the date of the occurance or incident or within seven days after the inmate became aware of the incident. The grievance is to be placed in the grievance box located in each housing unit.

Only one issue per grievance form will be addressed. If the grievance is submitted on a weekend or a holiday, it will be recieved during the next working day.

---

### Return of Unprocessed Grievance

<u>Intake Action</u>: This Grievance Form is being returned to the inmate under the provisions outlined in DOC Procedure 4.4 "Inmate Grievance Procedure" for the following reason(s):

_____ **Vulgar/Abusive or Threatening Language.** The language that is unacceptable has been highlighted. The grievance may be resubmitted omitting this language.

__✓__ **Non-Grievable.** This issue has been defined as non-grievable in accordance with DOC Policy 4.4. These procedures have their own appeal process that must be followed.   _____ Disciplinary Action   _____ Parole Decision
__✓__ Classification Action

_____ **Request.** Requests are not processed through the grievance procedure. Please correspond with the appropriate office to secure the information that is requested.

_____ **Duplicate Grievance(s).** This issue has been addressed previously in Grievance # _____.

_____ **Original Grievances** must be submitted to the Inmate Grievance Chairperson. Photocopies are <u>not</u> accepted.

_____ **Inquiry on behalf of other inmates.** Inmates cannot submit grievances for other inmates.

__✓__ **Expired filing period.** Grievance exceeds seven(7) days from date of occurrence.

_____
Inmate Grievance Chairperson

SEP 21 2004

Form#: 584 (F&B)
(Reverse Revised July '99)

B-0002

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261



Inmate Copy

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name:** SOLIMAN, SAAD M | **SBI#** : 00271873 | **Institution** : DCC |
| **Grievance #** : 7114 | **Grievance Date** : 09/17/2004 | **Category** : Individual |
| **Status** : Unresolved | **Resolution Status** : | **Resol. Date** : |
| **Grievance Type:** Mail | **Incident Date** : 09/17/2004 | **Incident Time** : |
| **IGC** : Merson, Lise M | **Housing Location** : Bldg 21, Upper, Tier D, Cell 1, Top | |

### OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** Since being housed in SHU I have not received my Smooth magazine. I've been here since 5/04. Smooth is a bi-monthly magazine. I have contacted the publisher and was told it has been sent to me. I never received it

**Remedy Requested** : That the mailroom be informed that I have not received my magazine and document the issue. If anything can be done to help ensure that this does not occur again, I also request that action be taken.

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

### ADDITIONAL GRIEVANCE INFORMATION

**Medical Grievance** : NO              **Date Received by Medical Unit** :
**Investigation Sent** :                **Investigation Sent To** : Hudson, Joseph
**Grievance Amount** :

B-0003

DCC Delaware Correctional Center                Date 09/24/2004
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

# INFORMAL RESOLUTION

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name:** SOLIMAN, SAAD M | **SBI#** : 00271873 | **Institution** : DCC |
| **Grievance #** : 7114 | **Grievance Date** : 09/17/2004 | **Category** : Individual |
| **Status** : Unresolved | **Resolution Status:** | **Inmate Status:** |
| **Grievance Type:** Mail | **Incident Date** : 09/17/2004 | **Incident Time:** |
| **IGC** : Merson, Lise M | **Housing Location:** Bldg 21, Upper, Tier D, Cell 1, Top | |

### INFORMAL RESOLUTION

**Investigator Name** : Hudson, Joseph          **Date of Report** 09/24/2004

**Investigation Report:**

**Reason for Referring:**

Offender's Signature:_____

Date              :_____

Witness (Officer) :_____

B-0004

DCC - Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 09/24/2004

# INFORMAL RESOLUTION

| OFFENDER GRIEVANCE INFORMATION | | |
|---|---|---|
| **Offender Name:** SOLIMAN, SAAD M | **SBI#** : 00271873 | **Institution** : DCC |
| **Grievance #** : 7115 | **Grievance Date** : 09/17/2004 | **Category** : Individual |
| **Status** : Unresolved | **Resolution Status:** | **Inmate Status:** |
| **Grievance Type:** Mail | **Incident Date** : 09/16/2004 | **Incident Time:** 18:43 |
| **IGC** : Merson, Lise M | **Housing Location:** Bldg 21, Upper, Tier D, Cell 1, Top | |

## INFORMAL RESOLUTION

**Investigator Name** : Hudson, Joseph          **Date of Report** 09/24/2004

**Investigation Report:**

**Reason for Referring:**

**Offender's Signature:** _____

**Date** : _____

**Witness (Officer)** : _____

B-0005

FORM #584

GRIEVANCE FORM

*Major Holman
FYI + follow up.
11/15/04*

FACILITY: D.C.C.                    DATE: 10/28/04

GRIEVANT'S NAME: Saad M. Soliman     SBI#: 00271873

CASE#: 8802                          TIME OF INCIDENT: 19:04

HOUSING UNIT: MHU-21-DU1

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

While participating in the Ramadan program tonight I was not given a tray when all other trays were passed out. They ran out. When the SGT. returned with food for me, The tray was a diet tray with the name of "A. Johnson" labeled on it. Also the tray had been mis-handled to the point where all of the servings were over-run with green liquid from the spinach compartment. Also the meal was incomplete lacking two items specified on the tray's menu. The dessert and the bread. Condiments were also missing. When informed of the problem, nothing was done and no replacement was offered. This incident was documented in the Unit Log.

ACTION REQUESTED BY GRIEVANT: That this matter be documented and investigated and the result of this investigation be provided to me or my attorneys. I am currently involved in an ongoing civil action lawsuit against the DOC and its staff regarding religious rights violations.

GRIEVANT'S SIGNATURE: _____     DATE: 10/28/04

WAS AN INFORMAL RESOLUTION ACCEPTED?   ___(YES)   ___(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____     DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT
    Jeff K. Martin attorney @ Law Margolis Edelstien
    Herb Feuerhake attorney @ Law Margolis Edelstien
    Timothy J. Wilson attorney @ Law Margolis Edelstien.

April '97 REV

B-0006

RECEIVED
NOV 0 8 2004
Inmate Grievance Office

## Instructions for Submitting a Regular Grievance

Inmates are required, per DOC Procedure 4.4 [Inmate Grievance Procedure] to attempt to resolve complaints prior to filing a regular grievance. Grievances are to be submitted within seven(7) days from the date of the occurance or incident or within seven days after the inmate became aware of the incident. The grievance is to be placed in the grievance box located in each housing unit.

Only one issue per grievance form will be addressed. If the grievance is submitted on a weekend or a holiday, it will be recieved during the next working day.

---

## Return of Unprocessed Grievance

<u>Intake Action:</u> This Grievance Form is being returned to the inmate under the provisions outlined in DOC Procedure 4.4 "Inmate Grievance Procedure" for the following reason(s):

_____ **Vulgar/Abusive or Threatening Language.** The language that is unacceptable has been highlighted. The grievance may be resubmitted omitting this language.

_____ **Non-Grievable.** This issue has been defined as non-grievable in accordance with DOC Policy 4.4. These procedures have their own appeal process that must be followed.    _____ Disciplinary Action       _____ Parole Decision
                                         _____ Classification Action

_____ **Request.** Requests are not processed through the grievance procedure. Please correspond with the appropriate office to secure the information that is requested.

_____ **Duplicate Grievance(s).** This issue has been addressed previously in Grievance #_____.

_____ **Original Grievances** must be submitted to the Inmate Grievance Chairperson. Photocopies are <u>not</u> accepted.

_____ **Inquiry on behalf of other inmates.** Inmates cannot submit grievances for other inmates.

__✓__ **Expired filing period.** Grievance exceeds seven(7) days from date of occurrence.


_____                                  NOV 0 8 2004
Inmate Grievance Chairperson                                   _____
                                                                  Date


Form#: 584 (F&B)
(Reverse Revised July '99)

B-0007

FORM #584

GRIEVANCE FORM

*[signature] 11/15/04*

FACILITY: D.C.C.  
DATE: 10/28/04

GRIEVANT'S NAME: Saad M. Soliman  
SBI#: 271893

CASE#: 8801  
TIME OF INCIDENT: 20:32

HOUSING UNIT: MHU 21 - DUI

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

I received mail tonight that was post marked 10/20/04. That is an eight day delay after the post-mark. Within it was a money order receipt dated yesterday. This indicates that the mail has been delayed disproportionately at the DCC mailroom. I have grieved this issue before and have not yet seen or experienced any remedy to the situation.

ACTION REQUESTED BY GRIEVANT: That steps be taken to truly improve the reception/processing system in the mailroom to ensure timely delivery of the mail.

GRIEVANT'S SIGNATURE: [signature]  
DATE: 10/28/04

WAS AN INFORMAL RESOLUTION ACCEPTED?   ___(YES)   ___(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____   DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE  
    GRIEVANT  
    Jeff K Martin attorney @ law Margolis Edelstein  
    Herb Feuerhake attorney @ law Margolis Edelstein  
    Timothy J. Wilson attorney @ law Margolis Edelstein

April '97 REV

RECEIVED  
NOV 0 8 2004  
Inmate Grievance Office

B-0008

## Instructions for Submitting a Regular Grievance

Inmates are required, per DOC Procedure 4.4 [Inmate Grievance Procedure] to attempt to resolve complaints prior to filing a regular grievance. Grievances are to be submitted within seven(7) days from the date of the occurance or incident or within seven days after the inmate became aware of the incident. The grievance is to be placed in the grievance box located in each housing unit.

Only one issue per grievance form will be addressed. If the grievance is submitted on a weekend or a holiday, it will be recieved during the next working day.

---

## Return of Unprocessed Grievance

Intake Action: This Grievance Form is being returned to the inmate under the provisions outlined in DOC Procedure 4.4 "Inmate Grievance Procedure" for the following reason(s):

\_\_\_\_\_ **Vulgar/Abusive or Threatening Language.** The language that is unacceptable has been highlighted. The grievance may be resubmitted omitting this language.

\_\_\_\_\_ **Non-Grievable.** This issue has been defined as non-grievable in accordance with DOC Policy 4.4. These procedures have their own appeal process that must be followed.    \_\_\_\_\_Disciplinary Action    \_\_\_\_\_Parole Decision
\_\_\_\_\_Classification Action

\_\_\_\_\_ **Request.** Requests are not processed through the grievance procedure. Please correspond with the appropriate office to secure the information that is requested.

\_\_\_\_\_ **Duplicate Grievance(s).** This issue has been addressed previously in Grievance # _____.

\_\_\_\_\_ **Original Grievances must be submitted to the Inmate Grievance Chairperson.** Photocopies are not accepted.

\_\_\_\_\_ **Inquiry on behalf of other inmates.** Inmates cannot submit grievances for other inmates.

\_\_√\_\_ **Expired filing period.** Grievance exceeds seven(7) days from date of occurrence.

_[signature]_                                                                 NOV 0 8 2004
Inmate Grievance Chairperson                                                  Date

Form#: 584 (F&B)
(Reverse Revised July '99)

B-0009

FORM #584

## GRIEVANCE FORM

11/15/04

FACILITY: D.C.C.  
DATE: 10-30-04  
GRIEVANT'S NAME: Saad Soliman  
SBI#: 271873  
CASE#: 8789  
TIME OF INCIDENT: 18:50  
HOUSING UNIT: MHU 21-DU1

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

Tonight while participating in the Ramadan Program once again the officers gave out Ramadan trays to compensate for trays missing from the non-Ramadan quota. As a result I was once again not given a Ramadan tray rather The Sgt. had to bring me a plastic tray from the kitchen which was incomplete according to the regular menu. Since I am fasting and do not eat the lunch tray, any items missing substantially reduce my caloric intake. I am being punished unduly because of my faith. This is the 2nd time in 3 days that this has happened.

ACTION REQUESTED BY GRIEVANT: That this incident be documented and investigated and formal resolution be activated so that this problem, ongoing problem is solved.

GRIEVANT'S SIGNATURE: [signature]  
DATE: 10/30/04

WAS AN INFORMAL RESOLUTION ACCEPTED?  ____(YES)  ____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____  DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE  
    GRIEVANT  
CC: Jeff K. Martin att @ law Margolis Edelstien  
    Herb Feuerhake att @ law Margolis Edelstien  
    Tim J. Wilson att @ law Margolis Edelstien

April '97 REV

RECEIVED  
NOV 0 8 2004  
Inmate Grievance Office

B-0010

## Instructions for Submitting a Regular Grievance

Inmates are required, per DOC Procedure 4.4 [Inmate Grievance Procedure] to attempt to resolve complaints prior to filing a regular grievance. Grievances are to be submitted within seven(7) days from the date of the occurance or incident or within seven days after the inmate became aware of the incident. The grievance is to be placed in the grievance box located in each housing unit.

Only one issue per grievance form will be addressed. If the grievance is submitted on a weekend or a holiday, it will be recieved during the next working day.

---

## Return of Unprocessed Grievance

<u>Intake Action:</u> This Grievance Form is being returned to the inmate under the provisions outlined in DOC Procedure 4.4 "Inmate Grievance Procedure" for the following reason(s):

_____ **Vulgar/Abusive or Threatening Language.** The language that is unacceptable has been highlighted. The grievance may be resubmitted omitting this language.

_____ **Non-Grievable.** This issue has been defined as non-grievable in accordance with DOC Policy 4.4. These procedures have their own appeal process that must be followed.   \_\_\_\_Disciplinary Action   \_\_\_\_Parole Decision   \_\_\_\_Classification Action

_____ **Request.** Requests are not processed through the grievance procedure. Please correspond with the appropriate office to secure the information that is requested.

_____ **Duplicate Grievance(s).** This issue has been addressed previously in Grievance # _____.

_____ **Original Grievances must be submitted to the Inmate Grievance Chairperson.** Photocopies are <u>not</u> accepted.

\_\_/\_\_\_\_ **Inquiry on behalf of other inmates.** Inmates cannot submit grievances for other inmates.

\_\_✓\_\_\_ **Expired filing period.** Grievance exceeds seven(7) days from date of occurrence.

NOV 0 8 2004

_[signature]_
Inmate Grievance Chairperson                                                          Date

Form#: 584 (F&B)
(Reverse Revised July '99)

B-0011

Appendix E

DELAWARE CORRECTIONAL CENTER --- MEMORANDUM

TO:     Inmate Seed Soliman, SBI# 271873, Housing Unit 23 B42
VIA:    Counselor Kronick
FROM:   I.B.C.C.
DATE:   1/7/05
RE:     Classification Results

Your M.D.T. has recommended you for the following: Appeal

The I.B.C.C.'s decision is to:

_____ Approve
__✓__ Not Approve
_____ Defer
_____ Recommend
_____ Not Recommend

**BECAUSE:**

_____ Lack of program participation          _____ Time remaining on sentence
_____ Pending disciplinary action            _____ Prior failure under supervision
_____ Gradual phasing indicated              _____ Poor institutional adjustment
_____ Open charges                           _____ Serious nature of offense
_____ Prior criminal history
_____ Failure to follow your treatment plan in that you _____

_____ You present a current and continuous danger to the safety of staff, other inmates, or the good order of the Institution. Explanation: _____

OTHER: Rev 5/05
       Continued investigation

ADDITIONAL COMMENTS:

_____ Develop/continue treatment plan with counselor

You will be expected to address the following: _____

Copy to: Classification
         Inmate                                       Form #456 (3 Part NCR)
         Institution File                             Revised 11/97

B-0012