IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAAD M. SOLIMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 04-1378-GMS |
| ) | |
| STANLEY TAYLOR; PAUL HOWARD; ) | |
| THOMAS CARROLL; LAWRENCE ) | JURY TRIAL DEMANDED |
| McGUIGAN; JAMES LUPINETTI; DAVID E. ) | |
| PIERCE, Jr.; JOSEPH B.RICHARDSON; ) | |
| RONALD HOSTERMAN; and STATE OF ) | |
| DELAWARE DEPARTMENT OF ) | |
| CORRECTION, ) | |
| ) | |
| Defendants. ) | |

## ORDER

AND NOW, TO WIT, this _____ day of _____, 2005, having considered on Defendants' Motions to Dismiss and/or Summary Judgment, Plaintiff's opposition thereto and all associated briefing;

IT IS HEREBY ORDERED, Defendants' Motions are hereby DENIED.

_____
The Honorable Gregory M. Sleet.