## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SAAD M. SOLIMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-1378 (GMS) |
| | ) | |
| STANLEY TAYLOR; PAUL HOWARD; | ) | |
| THOMAS CARROLL; LAWRENCE | ) | JURY TRIAL DEMANDED |
| McGUIGAN; JAMES LUPINETTI; DAVID E. | ) | |
| PIERCE, Jr.; JOSEPH B.RICHARDSON; | ) | |
| RONALD HOSTERMAN; CERTAIN | ) | |
| UNKNOWN INDIVIDUAL EMPLOYEES OF | ) | |
| THE DELAWARE DEPARTMENT | ) | |
| OF CORRECTION; and STATE OF | ) | |
| DELAWARE DEPARTMENT OF | ) | |
| CORRECTION, | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S ANSWER TO COUNTERCLAIM
## OF JOSEPH B. RICHARDSON

140.    Admitted.

141.    Admitted.

142.    Denied.

143.    Denied.

144.    Denied.

145.    No answer required.

146.    No answer required.

147.    Denied.

148.    Denied.

1

149.  Denied.

150.  Denied.

151.  Denied.

152.  Denied.


WHEREFORE, Plaintiff demands judgment be entered in his favor as to all claims and

against Counterclaim Defendant as to all counterclaims, including nominal, compensatory, and

punitive damages, costs and attorneys' fees.



MARGOLIS EDELSTEIN

Jeffrey K. Martin, Esquire (ID #2407)
1509 Gilpin Avenue
Wilmington, DE  19806
(302) 777-4680
Attorney for Plaintiff

THE LAW OFFICE OF
HERBERT G. FEUERHAKE

Herbert G. Feuerhake, Esquire (ID #2590)
521 West Street
Wilmington, DE  19801
(302) 658-6101
Attorney for Plaintiff


Dated:  November 15, 2005

2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAAD M. SOLIMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 04-1378 (GMS) |
| | ) |
| STANLEY TAYLOR; PAUL HOWARD; | ) |
| THOMAS CARROLL; LAWRENCE | ) JURY TRIAL DEMANDED |
| McGUIGAN; JAMES LUPINETTI; DAVID E. | ) |
| PIERCE, Jr.; JOSEPH B.RICHARDSON; | ) |
| RONALD HOSTERMAN; CERTAIN | ) |
| UNKNOWN INDIVIDUAL EMPLOYEES OF | ) |
| THE DELAWARE DEPARTMENT | ) |
| OF CORRECTION; and STATE OF | ) |
| DELAWARE DEPARTMENT OF | ) |
| CORRECTION, | ) |
| | ) |
| Defendants. | ) |

### CERTIFICATE OF SERVICE

I, Jeffrey K. Martin, do hereby certify that on November 17, 2005, I electronically

filed the *Plaintiff's Answer to Counterclaim of Joseph B. Richardson* with the Clerk of

the Court using CM/ECF which will send notification of such filing and have sent one

copy of same by first class U.S. Mail, postage prepaid to the following:

Aaron R. Goldstein, DAG (ID#3735)
Carvel State Office Building, 6th Floor
820 North French Street
Wilmington, DE 19801
Attorney for Defendants

MARGOLIS EDELSTEIN

Jeffrey K. Martin, Esquire (#2407)
1509 Gilpin Avenue
Wilmington, Delaware 19806
Attorneys for Plaintiff