IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SAAD SOLIMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-1378-GMS |
| | ) | |
| STANLEY TAYLOR; PAUL HOWARD; THOMAS CARROLL; LAWRENCE McGUIGAN; JAMES LUPINETTI; DAVID E. PIERCE, Jr.; JOSEPH B. RICHARDSON; RONALD HOSTERMAN; and STATE OF DELAWARE DEPARTMENT OF CORRECTION, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## JOINT STATUS REPORT

Pursuant to this Honorable Court's Order dated February 6, 2006, the parties hereby jointly submit the following status report in anticipation of the scheduling conference set for February 14, 2006 at 2:00 p.m.:

1)   <u>Jurisdiction and Service</u>:  Without waiver of any jurisdictional argument previously raised during Rule 12 Motion practice, or which may be contained in Defendants Answers, the parties agree that jurisdiction is proper and that all parties have been properly served.

2)   <u>Substance of the Action</u>:  Plaintiff believes he was targeted because of his Muslim faith.  Plaintiff was targeted shortly after filing a Petition for Commutation of Sentence on or about April 7, 2004.  Plaintiff has been accused of having ties to the terrorist organization al-Qaeda and as a result has suffered numerous hardships interfering with his religious faith ultimately culminating in his relegation to the "hole" and denial of medical care following a severe beating where he was knocked

unconscious. Plaintiff believes Defendants, acting under color of state law per 42 *U.S.C.* § 1983, violated Plaintiff's right to free speech, freedom of religion, freedom from cruel and unusual punishment, due process, resulting from Defendants' failure to train and supervise DOC personnel. Plaintiff also believes that Defendants violated 42 *U.S.C.* § 1985 for the same reasons listed above as well as Plaintiff's right to own personal property.

Defendants deny each of the allegations set forth by the Plaintiff and will argue that each of these allegations is plead in retaliation for the successful investigation and prosecution of the Plaintiff and his co-conspirators relative to his involvement in a conspiracy to import prescription medication and other contraband into the Delaware Correctional Center.[1] Additionally, Defendant Richardson alleges that Plaintiff has made extrajudicial false statements impugning his character, work ethic, and ability to perform his duties in a manner which has caused him tortuous injury. Accordingly, Defendant Richardson counterclaims against Plaintiff for Defamation *per se*.

3)    Identification of Issues:    Whether a stay should be granted given the intertwined nature of this civil matter with an ongoing State criminal proceeding (such a stay is jointly requested below); the effect of Plaintiff's convictions and potential for issue preclusion/collateral estoppel; whether the *Rooker-Feldman* doctrine would prohibit Federal Court action which might undermine a state criminal conviction; the impact and

---

[1] Plaintiff was recently convicted by a jury of the Superior Court of the State of Delaware upon the charge of Conspiracy 3rd Degree for his involvement in a conspiracy involving Sandra Patterson, a former prison nurse, and a fellow inmate Bruce Duncan. Nurse Patterson was tried along with Plaintiff and found guilty of Delivery of a Non-Narcotic Schedule IV Controlled Substance, Promoting Prison Contraband, Conspiracy 2nd Degree, and Conspiracy 3rd Degree. The jury's verdict was entered on or about January 27, 2006. Upon information and belief, Plaintiff has filed a Notice of Appeal in relation to his conviction. The Defendants allege that the Plaintiff's allegations in this civil matter are inextricably intertwined with his ongoing State of Delaware criminal conviction.

admissibility of Plaintiff's potential invocation of his 5th Amendment rights in relation to any potential discovery request.

4) <u>Narrowing of Issues:</u>  Both parties agree that certain issues can be narrowed during the course of discovery, however, a list of same is premature at this time.

5) <u>Relief:</u>  Plaintiff seeks the relief set forth in his complaint which includes monetary damages.  Defendant Richardson seeks monetary damages in relation to his defamation claim, however, he would settle for a negotiated retraction of the allegedly defamatory statements.

6) <u>Amendment of Pleadings</u>:  Plaintiff and Defendants reserve the right to amend the pleadings as discovery may reveal additional factual information.  No amendments to the pleadings are currently being considered.

7) <u>Joinder of Parties</u>:  Plaintiff and Defendants reserve the right to amend the pleadings as discovery may reveal additional potential parties and as may be permitted by the Federal Rules of Civil Procedure.  No amendment joining additional parties is currently being considered.

8) <u>Discovery</u>:  The Parties believe that discovery can be completed within six months.

9) <u>Length of Trial:</u>  The parties estimate the trial will take approximately 4 days.

10) <u>Jury Trial</u>:    The parties request a jury trial.

11) <u>Settlement Negotiations</u>:    None at this time.

12) <u>Other matters</u>:  The parties jointly request that this Honorable Court enter a stay of these proceedings until such time as the Plaintiff has exhausted all appeals and any potential re-trial of his criminal case.  Additionally, a stay of these proceedings is

appropriate because the Federal Bureau of Investigation is currently investigating Plaintiff's allegations.

13)     Counsel for Plaintiff and Counsel for Defendant certify that they have conferred about each of the above matters.

Counsel remain available to discuss these matters in more detail at the request of this Honorable Court.

| **STATE OF DELAWARE**<br>**DEPARTMENT OF JUSTICE** | **MARGOLIS EDELSTEIN** |
|---|---|
| /S/ Aaron R. Goldstein | /S/ Jeffrey K. Martin |
| Aaron R. Goldstein (#3735)<br>Deputy Attorney General<br>Carvel State Office Building, 6th Fl.<br>820 North French Street<br>Wilmington, Delaware 19801<br>(302) 577-8400<br>Attorney for Defendants. | Jeffrey K. Martin<br>1509 Gilpin Avenue<br>Wilmington, DE 19806<br>(302) 777-4680<br>Attorney for Plaintiff Saad Soliman. |

DATE:  February 8, 2006

## *CERTIFICATE OF MAILING AND/OR DELIVERY*

I hereby certify that on February 9, 2006, I electronically filed the attached *Joint Status Report* with the Clerk of the Court using CM/ECF which will send notification of such filing to the following: Jeffrey K. Martin, Esquire and Herbert G. Feuerhake.

/s/ Aaron R. Goldstein
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
aaron.goldstein@state.de.us