IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SAAD M. SOLIMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-1378 (GMS) |
| | ) | |
| STANLEY TAYLOR, PAUL HOWARD, | ) | |
| THOMAS CARROLL, LAWRENCE | ) | |
| McGUIGAN, JAMES LUPINETTI, | ) | |
| DAVID E. PIERCE, JR., JOSEPH B. | ) | |
| RICHARDSON, RONALD HOSTERMAN, | ) | |
| and STATE OF DELAWARE | ) | |
| DEPARTMENT OF CORRECTION, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

WHEREAS, on February 9, 2006, the parties to the above-captioned action filed a Joint Status Report (D.I. 47) in anticipation of a scheduling conference set with the court for February 14, 2006;

WHEREAS, the status report provides information regarding a criminal proceeding against the plaintiff that has appeals pending in the Delaware state court system;

WHEREAS, as a result of the criminal proceeding, the parties jointly request a stay of this case until the plaintiff has exhausted all appeals and any potential re-trial; and

WHEREAS, after having considered the parties' request, the court concludes that it is in the interest of justice to stay this case pending disposition of the criminal proceeding;

IT IS HEREBY ORDERED that:

1. The parties' joint request to stay this case is GRANTED.

2. This case shall be stayed pending the disposition of the criminal proceeding against the plaintiff.

3. Counsel for the plaintiff shall submit a letter apprising the court of the status of the criminal proceeding every ninety (90) days until the proceeding is resolved. Counsel for plaintiff also shall notify the court when the criminal proceeding is resolved.

Dated: February 24, 2006

_____
UNITED STATES DISTRICT JUDGE



FILED
FEB 2 4 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE