## UNITED STATES DISTRICT COURT
### DISTRICT OF DELAWARE

**GREGORY M. SLEET**  
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE  
844 KING STREET  
LOCKBOX 19  
WILMINGTON, DE 19801

(302) 573-6470  
(302) 573-6472 FAX

March 14, 2007

TO:    Counsel

RE:    Soliman v. Taylor, et al.  
        <u>Civil Action No. 04-1378 GMS</u>

Dear Counsel:

    Please submit a jointly prepared status report regarding the above-referenced case, via electronic case filing, no later than March 28, 2007.

    Thank you.

                                                  Very truly yours,

                                                  /s/

                                                  Marie McDavid  
                                                  Case Manager to Judge Gregory M. Sleet