IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAAD SOLIMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | C.A. No. 04-1378-GMS |
| ) | |
| STANLEY TAYLOR; PAUL HOWARD; ) | |
| THOMAS CARROLL; LAWRENCE ) | |
| McGUIGAN; JAMES LUPINETTI; ) | |
| DAVID E. PIERCE, Jr.; JOSEPH B. ) | |
| RICHARDSON; RONALD HOSTERMAN;) | |
| and STATE OF DELAWARE ) | |
| DEPARTMENT OF CORRECTION, ) | |
| ) | |
| Defendants. ) | |

## JOINT STATUS REPORT

Pursuant to this Honorable Court's Order dated February 6, 2006, and the March 14, 2007 request of Marie McDavid, Case Manager to the Honorable Gregory M. Sleet, the parties hereby jointly submit the following status report:

1) On February 24, 2006, this Honorable Court stayed the above-captioned civil action pursuant to the joint request of the parties.

2) At that time the parties requested a stay of the matter to permit the conclusion of the criminal prosecution of the Plaintiff, to allow for the Plaintiff to conclude any appeal process, and to permit the conclusion of an investigation by the Federal Bureau of Investigation into the allegations of the Plaintiff.

3) At this time Plaintiff's criminal prosecution has concluded and his appeal has been heard and determined by the Delaware Supreme Court. Accordingly, the State proceedings in relation to Mr. Soliman have concluded.[1]

---

[1] It is not known whether Mr. Soliman has attempted to collaterally attack his conviction at the state level.

4) The investigation by the Federal Bureau of Investigation continues to remain open in relation to the Plaintiff's allegations. Several state employees have been interviewed in relation to the investigation. Counsel for Defendants has attempted to contact the Special Agent in charge of the investigation and has not received any additional information about the status of the investigation.

5) The parties are engaged in negotiations at this time and are hopeful that this matter may be fully resolved in the next few weeks.

6) The parties jointly request that this matter continue to be stayed until such time as the federal investigation into Plaintiff's allegations is concluded or for an additional 90 days whichever period of time is shorter.

7) Counsel for Plaintiff and Counsel for Defendant certify that they have conferred about each of the above matters and remain available to discuss them in more detail at the request of this Honorable Court.

| STATE OF DELAWARE<br>DEPARTMENT OF JUSTICE | MARGOLIS EDELSTEIN |
|---|---|
| /S/ Aaron R. Goldstein | /S/ Jeffrey K. Martin |
| _____ | _____ |
| Aaron R. Goldstein (#3735)<br>Deputy Attorney General<br>Carvel State Office Building, 6th Fl.<br>820 North French Street<br>Wilmington, Delaware 19801<br>(302) 577-8400<br>Attorney for Defendants. | Jeffrey K. Martin<br>1509 Gilpin Avenue<br>Wilmington, DE 19806<br>(302) 777-4680<br>Attorney for Plaintiff Saad Soliman. |

DATE: March 27, 2007

## *CERTIFICATE OF MAILING AND/OR DELIVERY*

I hereby certify that on March 27, 2007, I electronically filed the attached *Joint Status Report* with the Clerk of the Court using CM/ECF which will send notification of such filing to the following: Jeffrey K. Martin, Esquire and Herbert G. Feuerhake.

/s/ Aaron R. Goldstein
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
aaron.goldstein@state.de.us