## UNITED STATES DISTRICT COURT
### DISTRICT OF DELAWARE

**GREGORY M. SLEET**
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
844 KING STREET
LOCKBOX 19
WILMINGTON, DE 19801

(302) 573-6470
(302) 573-6472 FAX

July 18, 2007

TO: Counsel

RE: Soliman v. Stanley Taylor, et al.
<u>Civil Action No. 04-1378 GMS</u>

Dear Counsel:

Please submit a jointly prepared status report regarding the above-referenced case no later than August 1, 2007.

Thank you.

Very truly yours,

/s/

Marie McDavid
Case Manager to Chief Judge Gregory M. Sleet