

JEFFREY K. MARTIN, ESQUIRE*

TIMOTHY J. WILSON, ESQUIRE*

*LICENSED IN DE, PA AND NJ

1508 PENNSYLVANIA AVENUE
WILMINGTON, DE 19806
TELEPHONE (302) 777-4681
FACSIMILE (302) 777-5803
WWW.MARTINANDWILSON.COM

WRITER'S E-MAIL: JMARTIN@MARTINANDWILSON.COM

August 1, 2007

The Honorable Chief Judge Gregory M. Sleet
U.S. District Court for the District of Delaware
844 North King Street
Lock Box 19
Wilmington, DE 19801

    RE:    **SAAD SOLIMAN v. STATE OF DELAWARE**
             **C.A. No. 04-1378-GMS**

Dear Chief Judge Sleet:

    Please consider this as a Joint Status Report on behalf of both parties for the above-captioned matter. I am pleased to report that the parties have reached a settlement resolution and are currently executing a Settlement Agreement. We anticipate that a Stipulation of Dismissal will be filed regarding all claims within the next thirty days.

                                            Respectfully yours,

                                            JEFFREY K. MARTIN

JKM:njj

    cc:    Aaron R. Goldstein, Deputy Attorney General