IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAAD SOLIMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 04-1378-GMS |
| ) | |
| STANLEY TAYLOR; PAUL HOWARD; ) | |
| THOMAS CARROLL; LAWRENCE ) | |
| McGUIGAN; JAMES LUPINETTI; ) | |
| DAVID E. PIERCE, Jr.; JOSEPH B. ) | |
| RICHARDSON; RONALD HOSTERMAN;) | |
| and CERTAIN UNKNOWN ) | |
| INDIVIDUAL EMPLOYEES OF THE ) | |
| DEPARTMENT OF CORRECTION, ) | |
| ) | |
| Defendants. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED**, by Saad Soliman, his attorneys, and the attorneys for each of the Defendants, that any and all of the Plaintiffs' claims against them are dismissed with prejudice in relation to the above-captioned action.

**IT IS FURTHER HEREBY STIPULATED**, by Joseph Richardson, his attorney, and each of the attorneys for the Plaintiff that any and all counter-claims against Mr. Soliman are dismissed with prejudice in relation to the above-captioned action.

| | |
|---|---|
| **MARTIN & WILSON, P.A.** | **STATE OF DELAWARE DEPARTMENT OF JUSTICE** |
| Jeffrey K. Martin, Esquire | Aaron R. Goldstein |
| 1508 Pennsylvania Avenue | Deputy Attorney General |
| Wilmington, DE 19806 | Carvel State Office Building |
| (302) 777-4681 | 820 N. French Street, 6th floor |
| | Wilmington, DE 19801 |
| | (302) 577-8400 |
| | Attorney for Defendants. |

## CERTIFICATE OF MAILING AND/OR DELIVERY

I hereby certify that on September 6, 2007, I electronically filed the attached *Stipulation of Dismissal with Prejudice* with the Clerk of the Court using CM/ECF which will send notification of such filing to the following: Jeffrey K. Martin, Esquire.

_____
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
aaron.goldstein@state.de.us